IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZADOCK MEHUGE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-924-WKW |
| ) | [WO] |
| WALTER MYERS, PATRICE ) | |
| RICHIE, OFFICER SHARPE, ) | |
| OFFICER COOLY, JEAN ) | |
| DARBOUZE, and CORIZON ) | |
| HEALTH, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 53.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 53) is ADOPTED;

2. This action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 8th day of January, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE